| | | |
|---|---|---|
| People v Fessel | 2d Dept: 149 AD3d 1113 | denied* |
| People v Nieves | 2d Dept: 149 AD3d 881 | denied* |
| People v Sykes | 2d Dept: 149 AD3d 784 | denied* |
| People ex rel. Green v Sticht | 4th Dept: 148 AD3d 1691 | denied* |
| Shapiro v Ettenson | 1st Dept: 146 AD3d 650 | denied |
| Town of N. Hempstead v County of Nassau | 2d Dept: 149 AD3d 1134 | denied |
| 2390 Creston Holdings LLC v Bivins | 1st Dept: 149 AD3d 415 | denied |
| Webber v Webber | 4th Dept: 145 AD3d 1499 | denied |
| Zarnoch v Luckina | 4th Dept: 148 AD3d 1615 (Appeal Nos. 1 and 2) | denied |
| ZRAJ Olean, LLC v Erie Ins. Co. of N.Y. | 4th Dept: 134 AD3d 1557 | denied |

## Decided August 30, 2017

| | | |
|---|---|---|
| Campusano, Matter of, v Ortega | 1st Dept: 153 AD3d 443 | denied |
| Casella, Matter of, v Yates County Bd. of Elections | 4th Dept: 153 AD3d 1134 | denied |
| Clark, Matter of, v Ortega | 1st Dept: 153 AD3d 443 | denied |
| DeStefano, Matter of, v Borkowski | 2d Dept: 153 AD3d 817 | denied |
| Espinal, Matter of, v Sosa | 2d Dept: 153 AD3d 819 | denied |
| Giordano, Matter of, v Westchester County Bd. of Elections | 2d Dept: 153 AD3d 821 | denied |
| Marchionda, Matter of, v Casella | 4th Dept: 153 AD3d 1133 | denied |
| Morgan, Matter of, v de Blasio | 2d Dept: 153 AD3d 834 | granted |
| Nitti, Matter of, v Reilich | 4th Dept: 153 AD3d 1131 | denied |
| Segarra, Matter of, v Clausen | 2d Dept: 153 AD3d 834 | denied |

## Decided September 7, 2017

| | | |
|---|---|---|
| Blue Is. Dev., LLC v Town of Hempstead | Sup Ct, Nassau County, 1/25/17 (143 AD3d 656) | denied |
| City of New York v Granite State Ins. Co. | Sup Ct, NY County, 5/26/17 (136 AD3d 523) | denied |

* Motion for poor person relief dismissed as academic or denied.